No. 91-5228.  GOODGAME, AKA TUCKER *v.* UNITED STATES. C. A. 11th Cir.  Certiorari denied.

No. 91-5229.  WILLIAMS *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 91-5230.  BANKS *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 91-5231.  SNYDER ET AL. *v.* ASHKENAZY ENTERPRISES, INC.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 91-5232.  WALKER *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 91-5233.  PARRISH *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 91-5234.  RUIZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 91-5235.  FERDIK *v.* RICHARDSON ET AL.  C. A. 9th Cir. Certiorari denied.

No. 91-5236.  HENDERSON *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 91-5237.  PYLE *v.* CITY OF TUCSON ET AL.  Ct. App. Ariz. Certiorari denied.

No. 91-5238.  CRANDALL *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 91-5239.  FANT *v.* HOOKS.  C. A. 4th Cir.  Certiorari denied.

No. 91-5241.  BROUSSARD *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 91-5242.  HOWARD *v.* KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 91-5243.  MADDALENA *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.